IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOUISIANA PELLETS, INC., et al.[1] | ) | Case No. 16-80162 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Louisiana Pellets, Inc. ("LPI") and German Pellets Louisiana, LLC ("GPLA") (collectively, the "Debtors"), filed for relief on February 18, 2016, under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that on March 15, 2016, the Debtors filed the following pleadings (the "Emergency Motions"):

a. Motion For Interim And Final Orders (1) Authorizing And Approving Emergency Post-Petition Financing; And (2) Providing Superpriority Administrative Expense Status, Replacement Liens, and Other Relief

b. Motion for an Order Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider granting the Emergency Motions will be held on March 16, 2016, at 9:30 a.m. Central Prevailing Time, before the Honorable John W. Kolwe, United States Courthouse, 300 Jackson Street, Alexandria, Louisiana.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Louisiana Pellets, Inc. (3369) and German Pellets Louisiana, LLC (3414) (case no. 16-80163). The location of the Debtors' corporate headquarters and service address is: 4915 Highway 125, Urania, Louisiana 71480.

1

182506v.1

Dated: March 15, 2016								Respectfully submitted,

									 /s/ C. Davin Boldissar
									C. Davin Boldissar (La. #29094)
									Bradley C. Knapp (La. # 35867)
									Locke Lord LLP
									601 Poydras Street, Suite 2660
									New Orleans, Louisiana 70130-6036
									Telephone: (504) 558-5100
									Fax: (504) 681-5211

									Alan H. Katz (La. #07644)
									Locke Lord LLP
									3 World Financial Center, 20th Floor
									New York, New York 10281
									Telephone: (212) 415-8509
									Fax: (212) 812-8380

									**ATTORNEYS FOR LOUISIANA PELLETS, INC. AND GERMAN PELLETS LOUISIANA, LLC**